UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No.04-10088-T |
| vs. ) | |
| ) | |
| CHRIS SMITH ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Chris Smith, Inmate Number 19910-076, now being detained in FCI Forrest City, Forrest City, Arkansas, appear before Judge J. Daniel Breen on the 2nd day of December, 2005 for a Rule 35 Hearing and for such other appearances as this Court may direct.

Respectfully submitted this 3rd day of November, 2005.

_____
Jerry R. Kitchen
Assistant U. S. Attorney

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, FCI Forrest City, Forrest City, Arkansas.

YOU ARE HEREBY COMMANDED to have Chris Smith appear before the Judge J. Daniel Breen at the date and time aforementioned.

ENTERED this 7th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE



This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-15-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 1:04-CR-10088 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Honorable J. Breen
US DISTRICT COURT